## ECHOLS *v.* CANDLER, judge.

By THE COURT. According to the principle laid down by this court in the case of *Central R. Co.* v. *Miller,* 91 *Ga.* 83, which was followed in the case of *Conwell* v. *McWhorter,* 93 *Ga.* 254, this court has no jurisdiction to grant a writ of mandamus to the end that a judge of the superior court may be compelled to approve the grounds of a motion for a new trial. While the Supreme Court may by a writ of mandamus aid a party in bringing to it a case from a trial court, it can not aid him to take any step in the lower court in a case there pending in which no writ of error has been sued out or applied for.

*Application for mandamus nisi denied. All the Justices concurring.*

Submitted July 11,— Decided July 17, 1899.

50

Application for mandamus nisi.

*Blance, Irwin & Wright,* for movant.